UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT BAUGH,<br><br>    Defendant. | NO. CR 14-171RSL<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE<br><br>~~PROPOSED~~ |

THE COURT having considered the stipulated motion of the parties to continue the trial date and extend the due date of the pretrial motions (Dkt. # 21), the defendant's knowing and voluntary waiver (Dkt. # 22) and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the requested continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date be continued from August 4, 2014, to

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE AND PTMs DUE DATE - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  December 15, 2014.

2  IT IS FURTHER ORDERED that the due date for pretrial motions be extended from
3  July 3, 2014, to November 3, 2014.

4  FURTHERMORE, IT IS ORDERED that the period of time from the current trial date
5  of August 4, 2014, to December 15, 2014, shall be excludable time pursuant to the Speedy
6  Trial Act, 18 U.S.C. § 3161, *et seq.*

7  DONE this 23rd day of July, 2014.

*[signature]*
Robert S. Lasnik
United States District Judge

11  Presented by:

*s/ Corey Endo*
13  Corey Endo
Attorney for Robert Baugh

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE AND PTMs DUE DATE - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100